UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

IN RE:                                             CASE NO.: 25-11451

**Carol Marie Grubb,**                             **CHAPTER 7**
   **Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                                 Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                 Attorney for Secured Creditor
                                                 130 Clinton Rd #202
                                                 Fairfield, NJ 07004
                                                 Telephone: 470-321-7112
                                                 Facsimile: 404-393-1425

                                                 By: /s/Cory Woerner
                                                     Cory Woerner
                                                     Email: cwoerner@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 24, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

CAROL MARIE GRUBB
8 CHURCH STREET
MIDDLETOWN, NJ 07748

And via electronic mail to:

BUNCE ATKINSON
BUNCE D. ATKINSON, CHAPTER 7 TRUSTEE
1011 HIGHWAY 71
SUITE 200
SPRING LAKE, NJ 07762

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Amber Matas