Form 170 − ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 25−11451−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Carol Marie Grubb
  8 Church Street
  Middletown, NJ 07748

Social Security No.:
  xxx−xx−8755

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑   A Motion to Dismiss has been filed by Bunce Atkinson.

☐   An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

  ☐   The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

  ☐   The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

  ☐   The corporate debtor is self−represented.

  ☐   Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Christine M. Gravelle on,

Date: 7/29/25
Time: 10:00 AM
Location: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Dated: June 26, 2025
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 25-11451-CMG

Carol Marie Grubb                                                                         Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2

Date Rcvd: Jun 26, 2025      Form ID: 170      Total Noticed: 7

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carol Marie Grubb, 8 Church Street, Middletown, NJ 07748-2512 |
| 520550870 | | Ditech, PO Box 6172, Rapid City SD 27704 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 26 2025 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 26 2025 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520550871 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Jun 26 2025 21:13:24 | Navient, 123 Justison St, Wilmington, DE 19801-5363 |
| 520550872 | + | Email/Text: bncmail@w-legal.com | Jun 26 2025 20:54:00 | Target National Bank, 3901 W 53rd St, Sioux Falls, SD 57106-4216 |
| 520630661 | + | Email/Text: RASEBN@raslg.com | Jun 26 2025 20:53:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-3      User: admin      Page 2 of 2
Date Rcvd: Jun 26, 2025      Form ID: 170      Total Noticed: 7

Date: Jun 28, 2025      Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bunce Atkinson | bunceatkinson@aol.com  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Cory Francis Woerner | on behalf of Creditor U.S. Bank Trust National Association cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4