| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>THE KELLY FIRM, PC<br>Coast Capital Building<br>1011 Highway 71, Suite 200<br>Spring Lake, New Jersey 07762-2030<br>(732) 449-0525<br>BA9186<br>Attorneys for Bunce D. Atkinson,<br>   Chapter 7 Trustee | Order Filed on July 29, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>CAROL MARIE GRUBB,<br><br><br>                                    Debtor, | Case No.:         25-11451<br><br>Hearing Date:    7/29/2025<br><br>Judge:              CMG<br><br>Chapter:            7 |

| Recommended Local Form: | ☒ Followed    ☐ Modified |
|---|---|

## ORDER OF DISMISSAL

The relief set forth on the following page is **ORDERED**.

**DATED: July 29, 2025**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

**THIS MATTER** having been brought before the Court by The Kelly Firm, PC, attorneys for the Trustee, Bunce D. Atkinson, Esq., Bunce D. Atkinson, Esq. appearing, and notice having been provided to the Pro Se Debtor, Carol Marie Grubb, and the Office of the United States Trustee and the Court having considered the pleadings filed herein, and for good cause shown,

It is **ORDERED** as follows:

1. The Debtor's Chapter 7 case be and hereby is dismissed; and
2. If a Discharge has been entered it is revoked.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                            Case No. 25-11451-CMG
Carol Marie Grubb                                                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                       User: admin                       Page 1 of 1
Date Rcvd: Jul 29, 2025              Form ID: pdf903              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Carol Marie Grubb, 8 Church Street, Middletown, NJ 07748-2512 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2025                       Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bunce Atkinson | bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Cory Francis Woerner | on behalf of Creditor U.S. Bank Trust National Association cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4